UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| JUDY LYONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:22-cv-383-NT |
| ) | |
| REGIONAL MEDICAL CENTER AT LUBEC, ) | |
| INC, ) | |
| ) | |
| Defendant ) | |

## STIPULATION OF DISMISSAL

NOW COME the parties and stipulate to the dismissal of this action with prejudice and without attorney's fees or costs to any party.

Dated: March 24, 2023          /s/ John P. Gause

_____
John P. Gause, Esq.
Eastern Maine Law, LLC, P.A.
23 Water St., Suite 300
Bangor, ME 04401; (207) 947-5100
jgause@easternmainelaw.com
ATTORNEY FOR PLAINTIFF

Dated: March 24, 2023          /s/ Anne-Marie L. Storey

_____
Anne-Marie L. Storey
astorey@rudmanwinchell.com

/s/ F. David Walker, IV

_____
F. David Walker, IV
dwalker@rudmanwinchell.com
Rudman Winchell
84 Harlow Street, P.O. Box 1401
Bangor, ME 04402 ; (207) 945-4501
ATTORNEYS FOR DEFENDANT

1